1  Al Lustgarten, Bar # 189503
   Lustgarten Law
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
   Phone; 818-907-5866   Fax 818-461-5959
3  Attorney for Plaintiff

4                   UNITED STATES DISTRICT COURT
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC,         )
                                        )
7          Plaintiff,       vs.         )   Case No.: 2:12-CV-09578-WDK-FMO
                                        )
8  DAVID ANAYA, et al,                  )   **RENEWAL OF JUDGMENT BY CLERK**
                                        )
9          Defendant,                   )
                                        )

10  Based upon the application for renewal of the judgment of the original judgment, and pursuant to

11 F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

12    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, David Anaya, an

13 individual and d/b/a El Ayutlence entered on September 16, 2013, be and the same is hereby renewed in

14 the amounts as set forth below:

15      Renewal of money judgment

16      a.  Total judgment                           $    5,040.00
        b.  Costs after judgment                     $        0.00
17      c.  Subtotal *(add a and b)*                 $    **5,040.00**
        d.  Credits                                  $        0.00
18      e.  Subtotal *(subtract d from c)*           $    **5,040.00**
        f.  Interest after judgment (.15%)           $       71.26
19      g.  Fee for filing renewal of application    $        0.00
        h.  **Total renewed judgment (add e, f and g)**  $ **5,111.26**
20

21 Dated: ____June 20, 2023____       CLERK, by Deputy _____[signature]_____